# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

BRADLEY ALAN JONES,

      Petitioner,

v.

JUDY BIELKE, MELANIE MCLAUGHLIN, BESCUP, SHERIFF DENNIS RICHARDS, ROBERTS, SUSAN BARTON, COLUMBIA COUNTY JAIL, STATE OF WISCONSIN and FEDERAL MARSHALLS/OXFORD FEDERAL PRISON,

      Respondents.

## JUDGMENT IN A CIVIL CASE

Case No.: 3:07-cv-00594-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is DISMISSED WITH PREJUDICE against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel
**by Deputy Clerk**

12/26/07
_____
Date