IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRADLEY ALAN JONES,

                                                                                         MEMORANDUM

                 Petitioner,

                                                                         07-cv-594-bbc

       v.

JUDY BIELKE, MELANIE
MCLAUGHLIN, JACOB BESCUP
SHERIFF DENNIS RICHARDS,
ROBERTS, SUSAN BARTON,
COLUMBIA COUNTY JAIL,
STATE OF WISCONSIN and
FEDERAL MARSHALLS/
OXFORD FEDERAL PRISON,

                 Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on February 15, 2008, I concluded that petitioner's appeal was not taken in good faith and I denied his request for leave to proceed in forma pauperis on appeal. Also, in the order portion of the February 15 order, I told petitioner that he would be obligated to pay a $55 fee for filing his appeal. This was a typographical error that will be corrected to reflect that petitioner is obligated to pay a $455 fee for filing his appeal. The

1

order entered on February 15 stands in all other respects.

Entered this 19th day of February, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge